**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7381

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

JOSEPH SCOTT CHAMPION,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.   Samuel  G.  Wilson, District Judge.  (5:10-cr-00017-SGW-1; 5:11-cv-80330-SGW)

Submitted: February 16, 2012      Decided:  February 22, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Joseph  Champion,  Appellant  Pro  Se.    Ronald  Mitchell  Huber, Assistant  United  States  Attorney,  Charlottesville,  Virginia,  for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Scott Champion seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Champion has not made the requisite showing. Accordingly, we deny a certificate of appealability, deny Champion's motion to expedite, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

DISMISSED